IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH S. KIPP, an Individual,<br><br>    Movant,<br><br>vs.<br><br>RAVGEN, INC., a Delaware Corporation.<br><br>    Respondent | 8:23CV399<br><br>ORDER |

  This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  SO, ORDERED.

Dated: November 3, 2023

                  BY THE COURT:

                  */s/ Brian C. Buescher*

                  Brian C. Buescher
                  United States District Judge