IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH S. KIPP, an individual, | |
| Plaintiff, | 8:23CV399 |
| vs. | |
| RAVGEN, INC., a Delaware corporation, | ORDER OF DISMISSAL |
| Defendant. | |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 27). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with each party to bear its own fees and costs.

Dated this 14th day of November, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge